IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3054 |
| V. | ) | |
| ANTONIO O. HERNANDEZ JR., | ) | ORDER |
| Defendant. | ) | |

I erroneously failed to order that Mr. Eaton be provided with a CJA voucher regarding the Rule 35(b) motion. Therefore,

IT IS ORDERED that a CJA voucher shall be provided to Mr. Eaton and the Federal Public Defender shall process the voucher accordingly.

DATED this 31st day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge